UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

| | |
|---|---|
| COMMONWEALTH OF KENTUCKY, *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>FEDERAL HIGHWAY ADMINISTRATION, *et al.*,<br><br>　　　　　　Defendants. | Case No. 5:23-cv-00162-BJB-LLK |

## [PROPOSED] ORDER

　　The Court having considered Plaintiffs' Motion for Summary Judgment and Defendants' Partial Motion to Dismiss Under Rule 12(b)(1) and Motion to Dismiss Under Rule 12(b)(3), it is hereby **ORDERED** that Defendants' motion is **GRANTED** and Plaintiffs' motion is **DENIED**. This action is hereby **DISMISSED**.

So ordered on _____, 2024.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　BENJAMIN JOEL BEATON
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE