# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# PADUCAH DIVISION

| | |
|---|---|
| COMMONWEALTH OF KENTUCKY, *et al.*,<br><br>    Plaintiffs,<br><br>  v.<br><br>FEDERAL HIGHWAY ADMINISTRATION, *et al.*,<br><br>    Defendants. | Case No. 5:23-cv-00162-BJB-LLK |

## [PROPOSED] ORDER

  The Court having considered Plaintiffs' Motion for Summary Judgment and Defendants' Cross-Motion for Summary Judgment, it is hereby **ORDERED** that Defendants' cross-motion is **GRANTED** and Plaintiffs' motion is **DENIED**.

So ordered on _____, 2024.

                _____
                BENJAMIN JOEL BEATON
                UNITED STATES DISTRICT JUDGE