## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## PADUCAH DIVISION

| | |
|---|---|
| COMMONWEALTH OF KENTUCKY, *et al.*,<br><br>     Plaintiffs,<br><br>  v.<br><br>FEDERAL HIGHWAY ADMINISTRATION, *et al.*,<br><br>     Defendants. | Case No. 5:23-cv-00162-BJB-LLK |

## **JOINT STATUS REPORT**

  The parties respectfully submit this Joint Status Report in response to the Court's order to confer and file "supplemental briefs on the need for additional remedial action by this Court." Order at 26 (Apr. 1, 2024), ECF No. 102. On April 1, 2024, this Court issued an Opinion and Order ruling that Plaintiffs were entitled to summary judgment and "declar[ing] that the Final Rule exceeds the Federal Highway Administration's statutory authority and is arbitrary and capricious." *Id.* The Court noted that Plaintiffs did not seek relief beyond the Plaintiff states, *id.* at 20, and concluded that, "[i]n these circumstances, declaratory relief is the remedy most consistent with rule-of-law norms of notice, the right to be heard, and reasoned decisionmaking based on the record before the Court—participatory aspects of our judicial system that render the 'power to decide' more constrained and therefore more credible." *Id.* at 25. The Court left open the possibility of additional relief and requested further briefing if necessary on that issue. *Id.* at 26.

The parties have conferred and reached a mutual understanding of the Court's declaratory judgment. *See id.* Courts generally presume that government agencies and officials will abide by declaratory judgments. *See People for Pearce v. Oliver*, No. 17-cv-752 JCH/SMV, 2017 WL 5891763, at *9 (D.N.M. Nov. 28, 2017); *Knight First Amend. Inst. at Columbia Univ. v. Trump*, 302 F. Supp. 3d 541, 549 (S.D.N.Y. 2018), *aff'd*, 928 F.3d 226 (2d Cir. 2019), *cert. granted, judgment vacated sub nom. Biden v. Knight First Amend. Inst. at Columbia Univ.* 141 S. Ct. 1220 (2021); *see also Samuels v. Mackell*, 401 U.S. 66, 72 (1971) ("[D]eclaratory relief alone has virtually the same practical impact as a formal injunction would."). In light of the Court's declaratory judgment, the Defendants will not seek to enforce the Final Rule, *National Performance Management Measures; Assessing Performance of the National Highway System, Greenhouse Gas Emissions Measure*, 88 Fed. Reg. 85,364 (Dec. 7, 2023) ("Final Rule"), in or against the Plaintiff States or their Metropolitan Planning Organizations ("MPOs"), unless and until the Court's decision is overturned on appeal or by future order of this Court, and notwithstanding any future developments in *Texas v. Dep't of Transp.*, No. 5:23-cv-304 2024 WL 1337375 (N.D. Tex. Mar. 27, 2024), or any appeal therefrom. Defendants reserve the right to appeal this Court's April 1, 2024 ruling to the U.S. Court of Appeals for the Sixth Circuit. Based on the parties' mutual understanding of the declaratory judgment, the Plaintiff States agree not to seek additional injunctive relief or vacatur at this time, without prejudice to their right to do so in the future, including on appeal, if appropriate under the circumstances, *e.g.*, in the event that Defendants take action inconsistent with the terms of the declaratory judgment.

DATED: April 22, 2024

    Respectfully submitted,

| | |
|---|---|
| BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General | RUSSELL COLEMAN<br>Attorney General<br><br>*/s/ Lindsey R. Keiser* |
| JULIE STRAUS HARRIS<br>Assistant Branch Director | VICTOR B. MADDOX<br>   Counsel for Special Litigation<br>AARON J. SILLETTO |
| */s/ Michael P. Clendenen*<br>MICHAEL P. CLENDENEN<br>Trial Attorney<br>Civil Division, Federal Programs Branch<br>U.S. Department of Justice<br>1100 L Street, NW<br>Washington, DC 20005<br>Phone: (202) 305-0693<br>E-mail: michael.p.clendenen@usdoj.gov<br><br>*Counsel for Defendants* |    Assistant Attorney General<br>LINDSEY R. KEISER<br>   Assistant Attorney General<br>Kentucky Office of the Attorney General<br>700 Capital Avenue, Suite 118<br>Frankfort, Kentucky 40601<br>Phone: (502) 696-5300<br>Victor.Maddox@ky.gov<br>Aaron.Silletto@ky.gov<br>Lindsey.Keiser@ky.gov<br><br>*Counsel for the Commonwealth of Kentucky* |

## CERTIFICATE OF SERVICE

I hereby certify that on April 22, 2024, I electronically filed the foregoing with the clerk of the court using the CM/ECF system, which automatically provides notice of filing to all parties.

                                           */s/ Michael P. Clendenen*
                                           MICHAEL P. CLENDENEN
                                           Trial Attorney
                                           Civil Division, Federal Programs Branch