# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# PADUCAH DIVISION

| | |
|---|---|
| COMMONWEALTH OF KENTUCKY, *et al.*,<br><br>    Plaintiffs,<br><br>  v.<br><br>FEDERAL HIGHWAY ADMINISTRATION, *et al.*,<br><br>    Defendants. | Case No. 5:23-cv-00162-BJB-LLK |

### DEFENDANTS' NOTICE OF APPEAL

  Notice is hereby given this 31st day of May, 2024, that Defendants the Federal Highway Administration, Shailen Bhatt, in his official capacity as Administrator of the Federal Highway Administration, the U.S. Department of Transportation, Pete Buttigieg, in his official capacity as Secretary of Transportation, and Joseph R. Biden, in his official capacity as President of the United States, hereby appeal to the United States Court of Appeals for the Sixth Circuit from the Court's Opinion and Order of April 1, 2024 (ECF No. 102), and from the opinions and orders on which it is predicated.

DATED: May 31, 2024              Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

JULIE STRAUS HARRIS
Assistant Branch Director

/s/ *Michael P. Clendenen*
MICHAEL P. CLENDENEN
Trial Attorney
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L Street, NW
Washington, DC 20005
Phone:  (202) 305-0693
E-mail:  michael.p.clendenen@usdoj.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on May 31, 2024, I electronically filed the foregoing with the clerk of the court using the CM/ECF system, which automatically provides notice of filing to all parties.

/s/ *Michael P. Clendenen*
MICHAEL P. CLENDENEN
Trial Attorney
Civil Division, Federal Programs Branch