## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: June 03, 2024

Mr. Philip Axt
Mr. James A. Barta
Mr. Nicholas J. Bronni
Ms. Natalie Christmas
Mr. Michael Patrick Clendenen
Mr. Christian Brian Corrigan
Mr. James E.M. Craig
Ms. Karla Liz Engle
Mr. Kevin Michael Gallagher
Mr. Garry M. Gaskin II
Abhishek S. Kambli
Mr. Edmund Gerard LaCour Jr.
Mr. Justin Lee Matheny
Mr. Zachary Brent Pohlman
Mr. Stanford Edward Purser
Mr. Ryan T. Schelhaas
Ms. Lindsay Sara See
Mr. Aaron J. Silletto
Mr. James Emory Smith Jr.
Ms. Mathura Jaya Sridharan
Mr. Eric H. Wessan

Re: Case No. 24-5532, *KY, et al v. FHWA, et al*
    Originating Case No. : 5:23-cv-00162

Dear Counsel,

   This appeal has been docketed as case number **24-5532** with the caption that is enclosed on a separate page.  The appellate case number and caption must appear on all filings submitted to the Court.  If the filing fee was not paid when the notice of appeal was filed, it must be paid to the district court immediately.

   Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov.  If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately.  Your password for district court filings will not work in the appellate ECF system.

At this stage of the appeal, the following case opening items should be docketed with the Clerk's office by **June 17, 2024**.  The Disclosure of Corporate Affiliations and Civil Appeal Statement are now automated entries.  Filers may still use the form 6CA-1 and 6CA-53 located on the Court's website if the automated entries do not provide sufficient space.  Additionally, the transcript order must be completed by that date.  For further information and instructions on ordering transcript electronically, please visit the court's website.

Appellant:  Appearance of Counsel
Civil Appeal Statement of Parties & Issues
Disclosure of Corporate Affiliations
Transcript Entry Order (no form)
Application for Admission to 6th Circuit Bar (if applicable)

Appellee:  Appearance of Counsel
Disclosure of Corporate Affiliations
Application for Admission to 6th Circuit Bar (if applicable)

If appellant's case opening items are not timely filed or necessary fees paid, the appeal will be dismissed for want of prosecution.  If you have questions after reviewing the rules, please contact the Clerk's office for assistance.

Sincerely yours,

s/Sharday S. Swain
Case Manager
Direct Dial No. 513-564-7027

Enclosure

OFFICIAL COURT OF APPEALS CAPTION FOR 24-5532

COMMONWEALTH OF KENTUCKY; STATE OF SOUTH DAKOTA; STATE OF ALABAMA; STATE OF ALASKA; STATE OF FLORIDA; STATE OF IDAHO; STATE OF INDIANA; STATE OF IOWA; STATE OF KANSAS; STATE OF MISSISSIPPI; STATE OF MONTANA; STATE OF NEBRASKA; STATE OF NORTH DAKOTA; STATE OF OHIO; STATE OF OKLAHOMA; STATE OF UTAH; STATE OF SOUTH CAROLINA; COMMONWEALTH OF VIRGINIA; STATE OF WEST VIRGINIA; STATE OF WYOMING

        Plaintiffs - Appellees

v.

FEDERAL HIGHWAY ADMINISTRATION; SHAILEN BHATT, in his official capacity at Administrator of the Federal Highway Administration; UNITED STATES DEPARTMENT OF TRANSPORTATION; PETER PAUL MONTGOMERY BUTTIGIEG, in his official capacity as Secretary of Transportation; JOSEPH R. BIDEN, in his official capacity as President of the United States

        Defendants - Appellants