**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION**

**COMMONWEALTH OF KENTUCKY, ET AL.**

v.                                                                                          **NO. 5:23-cv-162-BJB**

**FEDERAL HIGHWAY ADMINISTRATION, ET AL.**

\* \* \* \* \*

**JUDGMENT**

Consistent with its opinion and order (DN 102), the Court declares that the Final Rule exceeds the Federal Highway Administration's statutory authority and is arbitrary and capricious.  This is a final judgment.

Benjamin Beaton, District Judge
United States District Court

August 20, 2024